UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MADISON REALTY CAPITAL, L.P., | § | |
| | § | |
|    Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:09-CV-03558 |
| | § | |
| JAMES D. SALVAGIO, | § | |
| | § | |
|    Defendant | § | |

**PLAINTIFF MADISON REALTY CAPITAL, L.P.'S
CERTIFICATE OF INTERESTED PARTIES**

Madison Realty Capital, L.P. ("**Madison**"), Plaintiff herein, certifies that the following entities are potentially interested in the outcome of this case:

1. Madison Realty Capital, L.P., Plaintiff
   825 Third Avenue, 37th Floor
   New York, NY 10022

   Represented by:

   Julia A. Cook, Counsel for Plaintiff
   Jeffrey M. Hirsch
   Schlanger, Silver, Barg & Paine, LLP
   109 North Post Oak Lane, Suite 300
   Houston, Texas 77024

2. James D. Salvagio, Defendant, Pro Se
   3015 S. Saddlebrook Drive,
   Katy, Texas 77494

3. James D. Salvagio and Fay M. Bourgeois,
   as Trustees of Gulf Coast Arms
   a Non-Profit Trust of Jefferson County, Texas
   2476 Bolsover, Suite 373
   Houston, Texas 77005

441320-1

4.  CSE Mortgage LLC
    4445 Willard Avenue
    12th Floor
    Chevy Chase, MD  20815

Respectfully submitted,

SCHLANGER, SILVER, BARG & PAINE, L.L.P.

/S/ JULIA A. COOK
Julia A. Cook
Texas State Bar No. 01196200
Federal ID No. 5830
Jeffrey M. Hirsch
Texas State Bar No. 09716300
Federal ID No. 6230
109 N. Oak Post Lane, Suite 300
Houston, TX 77024
Telephone:    713-785-1700
Facsimile:    713-785-2091
Attorneys for Plaintiff
Madison Realty Capital, L.P.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on the following by U.S. First Class Mail, on this 11th day of December, 2009.

James David Salvagio
3015 S. Saddlebrook Drive
Katy, Texas  77494

/S/ JULIA A. COOK
JULIA A. COOK

441320-1